| Trustee Name, Address, Phone, Fax, Email: | For court use only |
|---|---|
| Howard M. S. Hu<br>Chapter 13 Trustee<br>1132 Bishop Street, 301<br>Honolulu, HI 96813<br>Telephone: (808) 526-3083<br>Fax: (808) 531-8844<br>Email: CHAPT13HI@AOL.COM | FILED<br>U.S. BANKRUPTCY COURT<br>DISTRICT OF HAWAII<br>2010 JUN 22 PM 3:21 |

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII | Case No.: **06-00438** |
|---|---|
| In re:<br>**LESTER AKEME NISHIDA**<br><br>Debtor(s). | Chapter: 13 |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

| The following funds are paid into the court pursuant to Fed. R. Bankr. P. 3011:<br>This payment represents funds remaining unpaid on the claims(s) listed below. | $ 79.25 |
|---|---|

| Claim No. | Claimant Name & Address | Claim Amount | Check Amount |
|---|---|---|---|
| 009 | CHEVRON CREDIT BANK NA<br>2001 DIAMOND BLVD<br>PO BOX 5010/SEC 230<br>CONCORD, CA 94524-0010 | $ 384.05 | $ 79.25 |
|  |  | $ | $ |
|  |  | $ | $ |

*[Attach continuation sheets if necessary.]*

Date: June 22, 2010

/s/ _____
Trustee

hib_3011    5/05

U.S. Bankruptcy Court - Hawaii   #06-00438   Dkt # 42   Filed  06/22/10   Page 1 of 1